UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marise Jean-Lous

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Do you want a jury trial?

☐ Yes    ☒ No

Fountain House

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.     PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Marise_ _____ _L_ ___ _Jean Louis_ _____
First Name                    Middle Initial        Last Name

_P. o. Box 6382_ _____
Street Address

_NY_ _____ _Ny_ _____ _10150_ _____
County, City                              State                    Zip Code

_917 412 5808_ _____ _6528830 @ Gmail. com_
Telephone Number                        Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:      _Fountain House_ _____
                  Name
                  _425 W. 47 St._ _____
                  Address where defendant may be served
                  _NY_ _____ _NY_ _____ _10036_ ____
                  County, City              State              Zip Code

Defendant 2:      _____
                  Name

                  _____
                  Address where defendant may be served

                  _____
                  County, City              State              Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City               State           Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_Penn 14 un House_

Name

_441 W. 47 St_

Address

_NY_               _NY_          _10036_

County, City               State           Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

> ☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin
>
> > The defendant discriminated against me because of my (check only those that apply and explain):
> >
> > ☐ race: _____
> >
> > ☐ color: _____
> >
> > ☒ religion: _my sincerely held religious beliefs state that my body is pure + made in God's image 4 shall be subjed to no unwanted intrusions_
> >
> > ☐ sex: _____
> >
> > ☐ national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☑  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☑  retaliated against me

☑  harassed me or created a hostile work environment

☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I was fired or discrimination against my sincerely held religious beliefs. I was denied reasonable accommodation for my religious believes that my body is pure + made in the image of God, it shall not be subject to any unwanted intrusions, including the Covid-19 vaccine. I motion the court/Judge to take Judicial Notice that

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

No state, Job, politician may make any policy or law that is in direct violation of U.S. Federal Law.
I received a right to sue letter from the EEOC concerning this letter, which I will include, as well as corespondences between my work + myself.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☑  Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?  _____

    ☐  No

Have you received a Notice of Right to Sue from the EEOC?

    ☑  Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?  _____

        When did you receive the Notice?  _____

    ☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☐  direct the defendant to hire me

    ☐  direct the defendant to re-employ me

    ☐  direct the defendant to promote me

    ☐  direct the defendant to reasonably accommodate my religion

    ☐  direct the defendant to reasonably accommodate my disability

    ☑  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_Damages from long-term unemployment, stress, a lifetime of therapy, loss of wages + interest for investment opportunities, + re-education, to leave this field, totaling $2000,000 (Two Million Dollars)_

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5/ 9 /2023 | |
| Dated | Plaintiff's Signature |
| Marse            L | Jean - Louis |
| First Name        Middle Initial | Last Name |
| P. O. Box 6382 | |
| Street Address | |
| NY | NY            10150 |
| County, City | State          Zip Code |
| 917 412 5808 | 6528830@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

100372/2023 SUMMONS filed 4/26/2023



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/25/2023

**To:** Miss Marise Jean-Louis
P.O Box 6382
NYC, NY 10150
Charge No: 520-2022-08181

EEOC Representative and email:   GLENDORA YOUNG
Federal Investigator
GLENDORA.YOUNG@EEOC.GOV

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
01/25/2023
Timothy Riera
Acting District Director

100372/2023 SUMMONS filed 4/26/2023

**Cc:**
Linda  Noskewicz
441 W 47TH ST
New York, NY 10036


Please retain this notice for your records.

100372/2023 SUMMONS filed 4/26/2023



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office

33 Whitehall Street, 5ᵗʰ Floor
New York, NY 10004-2112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

### EMAIL DELIVERY

*Marise Jean-Louis*
*PO Box 6382*
*New York, New York 10150*
*6528830@gmail.com*

*Re. EEOC Charge:520-2022-08181*

Dear Ms. Jean-Louis:

The Equal Employment Opportunity Commission ("Commission") has concluded its inquiry/investigation into your allegations of discrimination contained in the above-referenced charge. Under Commission procedures, we focus our resources only on those charges that are most likely to result in findings of violations of the laws we enforce. In accordance with these procedures, the Commission has evaluated your charge based on the evidence provided.

You allege that **Fountain House (*Respondent)** discriminated against you because of your religion in that it failed to provide an accommodation based on your sincere religious belief and terminated you, all in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII).

Title VII requires an employer to provide a job accommodation to an individual with a sincerely held religious belief that would relieve employees of the burden of choosing between their jobs and their religious convictions. Under Title VII, however, the employer is not required to provide a requested accommodation if it would result in more than a minimal hardship to the employer. Courts have found more than a minimal hardship where the requested accommodation impairs workplace safety [e.g., spread of COVID -19], or cause co-workers to carry the accommodated employee's share of potentially hazardous or burdensome work. A requested accommodation that conflicts with another law would also be considered more than a minimal hardship for the employer. Under Title VII, the EEOC must also consider other factors including: the assessment of the public risk posed at a particular time; the availability of effective alternative means of infection control; and the number of employees who actually request accommodations.

Based upon the information submitted during the investigation, the Commission is unable to conclude that the evidence establishes a violation of Title VII. The Respondent has successfully illustrated that the granting of your requested accommodation would have been more than a minimal hardship under the circumstances. This does not certify that the Respondent is in compliance with statutes. No finding is made as to any other issue that might be construed as having been raised by this charge. The EEOC's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent within ninety (90) days of

receipt of this notice.  Otherwise, your right to sue will be lost. If you have any questions, *please contact Investigator Glendora Young at (929) 506-5290.*

Sincerely,

*Glendora Young*                                    1/25/2022
EEOC Investigator



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: _Marise_    MI: _L_, Last Name: _JeanLouis_<br>Address: _P.O. Box 6382_    Apt.: _____<br>City: _NY_    County: _NY_    State: _NY_ Zip Code: _10150_<br>Phone: _917 412-5808_ Home ☐ Work ☒ Cell ☐ Email: _6528830@Gmail.com_ |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: _Fountain House_<br>Address: _441 W. 47ᵀʰ St._    Suite: _____<br>City: _NY_    State: _NY_ Zip Code: _10036_ Phone: _212-582-0340_ |
| **Why you think you were discriminated against?** | Race ☐    Color ☐    Religion ☒    Sex ☐    National Origin ☐    Age ☐<br>Disability ☐    Genetic Information ☐    Retaliation ☐    Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: _12-31-2021_<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br>My constitutional Rights from Title 7 of the U.S. Civil Rights Laws were violated. I am protected from discrimination against my religion. I stated my legal federal exemption to my employer that the covid-19 vaccine violated my sincerely held religious, ethical + moral beliefs, and was fired because of it, with no option to appeal. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: _____    Date: _10-4-2022_ |

# EEOC (Inquiry) Number: 520-2022-08181

## Inquiry Information

### INQUIRY OFFICE

**Receiving:** New York District Office

**Accountable:** New York District Office

### POTENTIAL CHARGING PARTY

**Name:** Miss Marise Jean-Louis

**Address:** P.O Box 6382
NYC, NY 10150

**Year of Birth:**

**Email Address:** 6528830@gmail.com

**Phone Number:** 917-412-5808

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled?** I do not have a disability

**Are you Hispanic or Latino?**

**Ethnicity:** Black or African American,

**National Origin:** Haitian

### RESPONDENT/Employer

**Organization Name:** Fountain House

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Address:** 441 W 47TH ST
NEW YORK, NY 10036

**County:**

**Phone Number:**

### LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:**

100372/2023 SUMMONS filed 4/28/2023

**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 10/18/2022

**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 10/18/2022

100372/2023 SUMMONS filed 4/26/2023

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

I was told I am a threat to my coworkers. I worked alone, overnight.

### Was anyone in a similar situation treated the same, better, or worse than you?

Everyone who complied with the illegal mandates got to keep their jobs

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Linda Nueskowitz 516-491-6876.  Chantal Phillpotts 718-527-8358, 917-833-9321, 646-345-4908.  They are HR Director and Resident Director respectively, who both discriminated againts me, they can speak all about it

### Please tell us any other information about your experience?

It has taken a severe toll on my mental and emotional health, and has taken me all these months to be able to come to terms with the experience.  This is why it has taken so long to even get to this point of being able to stand up for myself and finally seek justice.  I was in bed, depressed for several months after the incident, and have not been working in my field ever since.  I finally managed to get out of bed and find a job at a wearhouse in April of this year, but am still suffering great emotional and mental distress.

# FOUNTAIN HOUSE

Glendora Young
Federal Investigator
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, fl5
New York, NY 10004-2112

Re: Charge # 520-2022-08181

Dear Ms. Young:

Per your notice of allegations made against Fountain House on charges of religious discrimination against Ms. Marise Jean-Louis and the request for information, I respectfully submit our response as well as the following documents:

1. Ms. Jean-Louis' application for employment in Ms. Jean-Louis_Employee File" attached here (Document 1 – 3, Pp. 28-29)

2. Ms. Jean-Louis' job offer of Ms. Jean-Louis' scanned file listed above (Document 1 – 3, P.21)

3. Ms. Jean-Louis' personnel file in its entirety (Document 1 - 3 "Jean-Louis, Marise – Employee File")

4. The position/job description for Residence Counselor for the residence at which Ms. Jean-Louis worked (Document 4, "Job Description Residential Counselor 441)

5. A copy of the Employee Handbook where Fountain House's policy on Diversity, Discrimination, Harassment, and Accommodation can be found, including investigative procedures (Document 5, Employee Handbook Pp. 2-12)

6. A copy of the Fountain House Safety Guidelines as of August 2021 (Document 6)

7. Covid Safety Requirement per the Department of Health and Mental Hygiene Executive Order 78 (Document 7)

8.  A copy of the updated policy from 9/15/2021 requiring unvaccinated employees to provide verification of a vaccination *or* provide proof of a negative PCR tests every 72 hours as evidence of their compliance with the mandates issued for city healthcare workers (Document 8)

9.  A copy of Ms. Jean-Louis' request for religious exemption and a letter to that effect from Torah Judaism International (Documents 9)

10. A copy of the decision on her exemption which was denied for undue hardship on the organization (Document 10)

11. Ms. Jean-Louis' termination letter (Document 11)

12. A series of emails amongst HR, Chantal Phillpotts (Ms. Jean-Louis' supervisor), Patti Lukas (then Chief People Officer), and Linda Noskewicz (then HR Director) showing Ms. Jean-Louis' escalation in behavior (Document 12)

**Fountain House Response to Allegations of Religious Discrimination and Retaliation**

Fountain House would like to express our full respect for the beliefs and values of all our community members, which includes our employees. Thus, we have consistently worked in close partnership throughout the Covid pandemic to ensure their protection and safety using the guidelines provided to us by the city, state, and federal authorities.

In October 2021, in answer to the intensifying Covid variants, guidance from the Center for Disease Control (CDC), regulations issued by New York State's Office of Mental Hygiene (NYS-OMH), and the Occupational Safety and Health Administration's (OSHA) federal emergency temporary standard (ETS), Fountain House began requiring all employees to receive vaccinations for Covid-19 and to provide copies of their vaccination cards.

This was a significant change in policy from our August 2021 guidelines where employees were asked to be vaccinated *or* notify their supervisors and Human Resources about their decision *not* to be vaccinated. Additionally, non-vaccinated employees working in residences or at the Clubhouses were *required* to wear masks at all times and to present negative PCR tests every 72 hours (rapid tests were not accepted).

We recognized that with the major change in our policy, some employees would have concerns about the vaccination requirement and wanted to provide them with an opportunity to continue to uphold safety measures through the use of masks, social distancing, and regular testing which was a widely available and free service.

The means by which the organization provided the exemptions were based on medical or religious considerations. We received three requests:

1. A medical accommodation for one full-time employee was temporary and approved.

2. A religious exemption was approved for an employee who worked at the Fountain House Farm in New Jersey and had very limited interaction with employees or members (a.k.a. Fountain House clients). He agreed to submit PCR tests every 72 hours per policy and, if negative, to work wearing a mask and staying at least 6 feet away from any possible visitors. (Attached is page 3 of his request for an exemption – this page does not include his name for privacy purposes.)

3. A religious exemption was submitted by Ms. Jean-Louis who worked in residence 441 as a Residential Counselor. Her completed form is also included along with a note from her Rabbi (Documents 9).

As a result of her role at the residence and its involvement with members, it was decided that we could not provide her an exemption to being vaccinated. These roles in the residences require that employees be onsite and interact with members.

We planned on notifying her of our decision on December 20th.

Before doing so, I was contacted by Rosie Marinez (Director, Housing) and Chantal Phillpotts (Ms. Jean-Louis' immediate supervisor) that morning. They shared with me that they had discovered that Ms. Jean-Louis *had not* been taking PCR tests or wearing masks since October 14th. This was against the previous policy before vaccinations were required as well as the current policy in effect while we made decisions on exemptions. It was considered extremely careless and potentially dangerous for our members and other employees.

Thereafter, I sent word to Ms. Jean-Louis that her failure to submit negative PCR tests every 72 hours *and* wear a mask was not acceptable (see Document 12). That afternoon, we sent her our decision on her request for exemption (also on Document 12).

Our decision was made because the exemption would be an undue hardship on our operations. Her full-time position as a Residence Staff Worker required interaction with vulnerable members, including those with developmental disabilities who require 24/7 care with the needs of daily living. Doing so remotely was not an option. Remote work had been a "worst case" adjustment to avoid closing the facility altogether during "shutdowns." Members did not respond well under those circumstances, and Fountain House returned to its normal operations as soon as the shutdowns ended.

We believed that allowing her to work unvaccinated and without the use of a mask (she indicated that under no circumstances would she consider wearing a mask) put our members at unacceptable risk.

We provided two options to Ms. Jean-Louis. She could obtain a vaccination by the deadline given to her (January 3, 2022) and remain an employee, or she could refuse to obtain a vaccination and follow standard operating procedures and be terminated for cause.
She was given from December 21st through January 3rd to make her decision. As she considered her options, Ms. Jean-Louis was told *not* to report to work until the time when she would provide us her answer – again, January 3rd.

After Ms. Jean-Louis received our decision and our proposed options, she responded in what was considered to be an unprofessional manner and with a lack of sound judgment:

- She appeared at her normal shift at the residence despite being told not to do so. Moreover, Ms. Phillpotts had already arranged coverage by another employee. Ms. Jean-Louis refused to leave and sat in the building with this employee, making it a very uncomfortable situation for that individual.
- She sent a series of threatening text messages to her supervisor, Chantal Phillpotts (also in Document 12), in the early morning hours of December 21st (12:02 am and 12:19 am).
- She sent a group email at 1:55 am to our then CEO, Ashwin Vasan, then Chief People Officer, Patti Lukas, Senior Director, Elliott Madison, our Director of Operations, Eldad Shepen, and then HR Director, Linda Noskewicz. In it, she said:

  o that she disagreed with the decision and the description of the nature of her work
  o that we were guilty of "unlawful employment practices" under Title VII
  o that would not resign or go on unpaid leave
  o that her supervisor had unlawfully instructed an employee to refuse her entrance into the building (by this time, she had been told twice, in writing, that she could not come to the residences until she agreed to obtain a vaccination)

- Ms. Jean-Louis sent another email to the same group listed above at 2:51 am (see Document 12) in which she declared she would not take the PCR tests or wear masks:

  *"As you know, Covid Tests (and masks), are authorized by the FDA as medical experiments. Just like I choose to not defile my body by injecting foreign substances into it, I also will not insert unwanted intrusions into a body cavity (nose/mouth, etc). Furthermore, if you consult with the 'Mandate Sample Letter' penned by OSHA, you will find somewhere on the bottom, where it states... 'legally entitled a reasonable accommodation if they cant not be vaccinate and/or wear a face covering, and/or testing for Covid-19...in conflict with a sincerely held religious belief, practice or observance...'"*

- Ms. Jean-Louis showed up at the residence again the next day and insisted she be allowed to work her shift. The police were called, but by the time they arrived, she had left the area.

On December 21ˢᵗ, after speaking with her supervisor about the events of that night, we made the decision to terminate her for the following reasons:

1. Her response to the decision regarding her attainment of a Covid 19 vaccine
2. That she had worked multiple shifts in prior months without submitting proof of a negative PCR test and refused to wear a mask during that time as well, breaking company policy and city requirements for healthcare workers
3. And for her unprofessional behavior towards her fellow employee, her supervisor, and those people she had contacted multiple times throughout the night

Thank you for your consideration.

Linda Noskewicz

Interim Managing Director, Fountain House

Dear Managers:

In the continued effort to combat the Covid-19 pandemic, Mayor de Blasio has issued an executive order that requires all city employees and contractors be vaccinated. This mandate applies to approximately one third (1/3) of our employees, most of whom have already been vaccinated.

We firmly believe that vaccinations are critical to keeping our families, friends, and community safe. Therefore, and after several discussions with Ashwin, we have made the decision to require employees within our organization be inoculated against Covid-19.

Within the next few hours, Ashwin will send out an email announcing this to all staff.

Below is some general information about deadlines and accommodations for staff. After his announcement, you will receive further information about how to support a member of your team if they ask questions, where they can find vaccination information, and where to go if they have additional questions:

- All employees, even remote employees, must have at least their <u>first shot by November 17, 2021.</u>
- Those who are unable/unwilling to be vaccinated will be placed on a one (1) week, unpaid leave.
- If an employee is still unwilling to be vaccinated, unfortunately, they will face termination.
- Accommodations may be made for those with medical or religious concerns on a case-by-case basis. HR will provide managers with applications for accommodations should the need arise in the next communication to you.

We will provide a list of your direct reports who have not been vaccinated to prepare you for anyone who might approach you about this policy. This information is confidential and should be treated as such.

Employees can find vaccination providers using the links below:
- <u>Vaccines.gov - Search for COVID-19 vaccine locations</u>
- <u>NYC COVID-19 and Flu Vaccine Finder</u>

We know there is concern around vaccinations and mandating them and we believe that in order to help eradicate this virus, protecting ourselves ensures the safest environment for all. We very much appreciate your cooperation.

Best regards,
Linda Noskewicz

100372/2023 SUMMONS filed 4/26/2023

# FOUNTAIN HOUSE

Linda Noskewicz SHRM-SCP
**Director, Human Resources**
LNoskewicz@fountainhouse.org

**Fountain House**
T: 212.582.0340
C: 516-491-6876

425 W 47th Street
New York, NY 10036
www.fountainhouse.org

Printed: 5/9/2023

100372/2023 SUMMONS filed 4/26/2023

# FOUNTAIN HOUSE

**About Covid-19 and the Delta variant:**

Fountain House has adopted guidelines for all its employees that help outline how we interact in person at our residences and clubhouses. Regardless, if you work remotely or have a current remote -work role and plan to visit one of the residences or the clubhouse, please follow the guidelines listed below.

Before your first day, please acknowledge these guidelines.

For all testing and vaccination information, Fountain House will maintain a confidential record of the employees who have demonstrated proof of vaccination, pursuant to policies and procedures for safeguarding personal information. Employees who were vaccinated in NYC can use the self-service portal My Vaccine Record to request their official immunization record. Maintaining confidential records is also true for any PCR test proof that is submitted.

Employees who lost their CDC vaccination card should contact the medical provider where they got vaccinated to get an official record of vaccination. If an employee was vaccinated in New York City, they can request their immunization record through the DOHMH self-service portal My Vaccine Record.

**Vaccinated Employees**
Vaccinated employees must provide proof of **full vaccination** before entering any Fountain House building. Below is what counts as proof of full vaccination:
- An official CDC card or other official immunization card that has your full, legal name and date(s) of vaccine administration. Fountain House cannot accept photos of vaccination cards.
- An Excelsior Pass issued by the State of New York or the NYC COVID SAFE app that clearly displays an image of the CDC card or other official immunization card with the above noted requirements. The NYC COVID SAFE app can be downloaded for Apple or Android (or by searching "NYC COVID Safe" on Apple app store or Google Play store).

While working in-house, all Fountain House employees are required to wear a double-layer face mask in group settings. Gaiters and bandanas are not allowed. If a vaccinated employee is in a room alone, they are permitted to remove the mask.

With the Delta variant of Covid-19, some individuals are experiencing Covid-19 symptoms or are testing positive for Covid-19. If an employee thinks they have been exposed to Covid-19, or if an employee is exhibiting Covid-like symptoms, please do the following:
- Immediately obtain a PCR test.
- The employee must notify their supervisor or Human Resources that they are waiting for results of their PCR test. The supervisor and employee will develop a plan to cover work time.

**Non-Vaccinated Employees**
Fountain House understands that some employees may prefer not to get vaccinated, and we respect this decision. If an employee chooses not to be vaccinated and they are working in one of the residences or in the clubhouse, follow the following guidelines:

100372/2023 SUMMONS filed 4/26/2023

# FOUNTAIN
# HOUSE

- Non-vaccinated employees are required to always wear a mask, even when no other employees or members are present.
- Notify HR or the Supervisor about your decision not to be vaccinated via email. A note will be added to the employee's file in Paylocity.
- Non-vaccinated employees working in one of the residences or at the clubhouses must present a negative PCR test **every 72 hours.**
- Rapid Covid-19 test is not accepted as a substitute to enter the buildings.

**Important**
Any new employee who has not provided proof of full vaccination will not be permitted in any of the Fountain House buildings until they do so.

If an employee opts not to take the vaccine, or if they do not want to participate in PCR testing every 72 hours, they will be unable to continue employment at Fountain House especially if their role requires in-person work. Contact Human Resources for further discussion.

Employees who have started, but not completed the full series of a vaccine (Pfizer, Moderna or J&J?), should submit a negative PCR test every 72 hours until two weeks after their second vaccination.

**Where can people find testing?**
The City of New York offers free COVID-19 testing in convenient locations across the five boroughs and will continue to do so, but employees may opt to go to their trusted medical professionals as well. There are hundreds of PCR testing locations in the five boroughs; the list can be found at http://nyc.gov/covidtest. If employees would prefer to receive a test specifically at a City-sponsored site, that list can be found here: https://www.nychealthandhospitals.org/test-and-trace/testing/.



**Attention Contractor:**

In accordance with the <u>Executive Order 78</u>, "Mandatory Vaccination or Test Requirement for City Employees and Employees of City Contractors," and Department of Health and Mental Hygiene's <u>Commissioner's Order</u> requiring COVID-19 Vaccination and Testing for Staff in Residential and Congregate Settings, all contracted employees working must:

1. provide one-time verification that they are fully vaccinated OR
2. provide a weekly record of a negative PCR test as evidence that they are in compliance with the mandate.

As many employees of City contractors hold positions in which they come into contact with other people in the course of their work for the City, and are thus in a position to transmit or contract COVID-19 while they are at work, it is essential that the City promote the best health and safety practices recognized in light of current scientific understanding of the conditions under which COVID-19 can spread.

**Nothing can provide a higher level of protection against COVID-19 or do more to speed the City's recovery than vaccines, which are safe and lifesaving. Convenient and community-based vaccination sites can be found via nyc.gov/vaccinefinder or by calling 877-VAX-4-NYC.**

The CDC has stated that vaccination is an effective tool to prevent the spread of COVID-19 and benefits both vaccine recipients and those they come into contact with, including persons who for reasons of age, health, or other conditions cannot themselves be vaccinated, and the recent appearance in the City of the highly transmissible Delta variant of COVID-19 has substantially increased the risk of infection for the City's workforce.

*Please respond to this notice starting September 10th, 2021 by certifying compliance below and uploading this signed document to the Miscellaneous Documents section of the Documentation tab under the label "COVID-Safe Requirement" in your PASSPort vendor profile. If you do not have a PASSPort account, you may create one at nyc.gov/passport, or return this document to your contracting agency. The certification must be signed and returned even if you do not have any "Covered Employees" at this time. The certification must be returned no later than September 30th, 2021.*

*Subcontractors do not need to submit a certification to the City, however, prime contractors are responsible for ensuring their subcontractors are in compliance.*

*Starting September 10th and no later than September 30th, 2021, you must also submit your organizational policies regarding proof of vaccination and testing. The policies also may be uploaded to the Miscellaneous Documents section of the Documentation tab under the label "Vendor Vaccine and Face Covering Policies" in your PASSPort vendor profile (or sent directly to your contracting agency if you do not have a PASSPort account).*

**Certification.**

I, _____, on behalf of

_____, (the "Contractor"),

certify that I have authority to bind the Contractor, and have reviewed the requirements above

and further certify that I will comply with said requirements.

_____       _____

Signature                    Date

100372/2023 SUMMONS filed 4/28/2023

# FOUNTAIN HOUSE

December 20, 2022

Dear Ms. Jean-Louis:

We have carefully reviewed your request for religious accommodation with regard to the COVID-19 vaccine requirement at Fountain House.

We are unable to grant your request because doing so would create undue hardship to Fountain House's operations. Specifically, your full-time position as a Residence Staff Worker requires daily in-person interaction with vulnerable members. These members include individuals with mental health issues and/or developmental disabilities who require 24/7 assistance and care with needs of daily living, such as eating, dressing, toileting, and other such activities. You cannot perform your duties remotely, and there is no available role for you at Fountain House that does not require regular close contact with vulnerable members. The risk to our members (as well as other staff who work in the residence) is even higher now, given the rapid spread of the highly transmissible Omicron variant and the increasing COVID-19 numbers through New York City and New York State, including hospitalizations and deaths.

Given this, granting you an exemption to remain unvaccinated and perform these duties would be putting these vulnerable members at unacceptable risk, and would accordingly create undue hardship to our operations.

You now have one of two options.

1. You are being placed on leave without pay effective immediately. You may *not* report to work until Monday, January 3, 2022, at 12:00 pm, at which time you will be terminated. *If,* during this time, you have received at least one dose of the vaccine and agree to continue to become fully vaccinated within four weeks of the date of your first dose or are fully vaccinated because you have received the Johnson & Johnson vaccine, you may upon satisfactory proof of vaccination and weekly PCR testing with negative results return to work.

2. Accordingly, you are hereby terminated from your employment, effective immediately. You will be given a separation letter and information regarding medical coverage via your personal email. You may contact me directly at LNoskewicz@fountainhouse.org with any questions you may have.

Note that if you fail to contact us about your decision, you will be terminated effective January 3, 2022.

Best regards,

Linda Noskewicz
Director, Human Resources

100372/2023 SUMMONS filed 4/26/2023

# FOUNTAIN HOUSE

| | |
|---|---|
| **To:** | Marise Jean-Louis |
| **From:** | Human Resources |
| **Subject:** | Separation Letter |
| **Date:** | 12/21/2021 |

This letter is to notify you that as of 12/21/2021("last day") you are no longer employed by Fountain House, Inc.

Your access to Paylocity will remain open so that you can obtain your paystubs, tax documents and update your contact information. Please make a note of your username and password for future reference. You will be able to access your W2 for taxes via Paylocity.

**Paylocity Self Service Portal**
Website: https://access.paylocity.com
Company ID: 130186.
You can use your current username and password that you set up.

**Paid Time Off (PTO)**
It is important to know that accrued PTO may not be used in lieu of proper notice. Any accrued and unused PTO will be paid out to you on the subsequent pay period following your last day of work. This payment will be made by direct deposit.

**Benefits**
Your health and/or other benefits will stop at the end of the month following your last day, (e.g., if your last day is October 12th, your benefits end on October 31st).

Benefit premium deductions are due for every pay date in the month, (e.g., if your last day is October 12th, your benefits end on October 31st, premiums are deducted from pay dates October 15th and October 31st, even though there are no hours worked for the October 31st pay date).

**COBRA**
Under the terms of the Consolidated Omnibus Budget Reconciliation Act (COBRA) you and your eligible covered dependents are entitled to continue your coverage on Fountain House medical, dental, and vision benefit plans if you are currently enrolled. Our COBRA service provider

1 | P a g e

Paylocity will send you a letter <u>within</u> 30 <u>days</u> of your last day, explaining your COBRA rights and benefits in more detail. Paylocity can be reached at 888-868-3539. Plan/Group ID: 130186.

### Flexible Spending and Health Savings Accounts

If you are currently enrolled in a Flexible Spending Accounts (FSAs), Transportation Spending Account or Health Saving Account and have questions, please contact Paylocity at 800 631-FLEX. Plan/Group ID: 130186.

### Commuter Benefits Program (CBP)

If you are currently enrolled in a Flexible Spending Accounts (FSAs), Transportation Spending Account or Health Saving Account and have questions, please contact Paylocity at 800 631-FLEX. Plan/Group ID: 130186.

### Voluntary Benefits

If you are currently enrolled in any voluntary benefits, you can contact UNUM at 866-679-3054 for questions and assistance. Plan/Group ID: 905542.

### Use You are Enrolled in the 403(b) Retirement Plan

Your employer contribution in the Empower 403(b) plan will be terminated as of your last day of employment. Your contribution will end with your final paycheck. You will not be terminated from the Mutual of America or Empower system as of your separation date.

### Empower

You can contact Empower at 855-756-4738 to discuss your account.

### Mutual of America

You can contact Mutual of America at 800-468-3785 to discuss your account.

### Unemployment

The New York State Department of Labor Unemployment Insurance Claim phone line can be reached by dialing 1-888-209-8124 or http://www.labor.ny.gov/ui/how_to_file_claim.shtm.

Fountain House wishes you the best of luck in all your future endeavors.

Linda Noskewicz
Director, Human Resources

100372/2023 SUMMONS filed 4/26/2023

9/29/22, 3:44 PM
Gmail - Covid vaccine accommodation

 Gmail

M J <6528830@gmail.com>

## Covid vaccine accommodation

4 messages

**Linda Noskewicz** <LNoskewicz@fountainhouse.org>                Mon, Dec 20, 2021 at 11:32 AM
To: Marise Jean Louis <mjlouis@fountainhouse.org>, "6528830@gmail.com" <6528830@gmail.com>
Cc: Rosita Marinez <rmarinez@fountainhouse.org>, Chantal Phillpotts <cphillpotts@fountainhouse.org>

Marise,

It's my understanding that you have been working your shifts without submitting proof of a PCR test with a negative result every 72 hours since October 14th. That is absolutely unacceptable. You are endangering the lives of our residents and staff. These tests are *required* until your request for accommodation is decided. Do not show up for your shifts until you have obtained a negative PCR test. If you fail to do so, you will be sent home. This is not open for discussion.

Best regards,

Linda Noskewicz

Director, Human Resources

# FOUNTAIN
# HOUSE

Linda Noskewicz SHRM-SCP

**Director, Human Resources**
LNoskewicz@fountainhouse.org

**Fountain House**
T: 212.582.0340 Ext. 1129

425 W 47th Street
New York, NY 10036
www.fountainhouse.org

9/29/22, 3:44 PM                                         Gmail - Covid vaccine accommodation

CONFIDENTIALITY NOTICE: This information is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination of this information is strictly prohibited. If you have received this information in error, please notify the sender immediately and confirm that you have destroyed this email and any copies. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. Fountain House, 425 W47th Street, New York, NY, USA, www.fountainhouse.org

**Marise Jean Louis** <mjlouis@fountainhouse.org>                          Tue, Dec 21, 2021 at 2:51 AM
To: Linda Noskewicz <LNoskewicz@fountainhouse.org>, "6528830@gmail.com" <6528830@gmail.com>
Cc: Rosita Marinez <rmarinez@fountainhouse.org>, Chantal Phillpotts <cphillpotts@fountainhouse.org>, Ashwin Vasan <ashwin@fountainhouse.org>, Patti Lukas <plukas@fountainhouse.org>, Elliott Madison <EMadison@fountainhouse.org>, Eldad Shepen <EShepen@fountainhouse.org>

Hi again Linda,

As I stated in my other email today, I have not heard from you in several weeks. In our last correspondence, I asked you a question, and you did not respond.

We did not get to discuss the Legal Accommodation required by law, in order to be in compliance with tittle 7 of the US Civil Rights Act.

As you know, Covid Tests (and masks), are authorized by the FDA as medical experiments.  Just like I choose to not defile my body by injecting foreign substances into it, I also will not insert unwanted intrusions into a body cavity (nose/mouth, etc).

Furthermore, if you consult with the "Mandate Sample Letter" penned by OSHA, you will find somewhere on the bottom, where it states... "legally entitled a reasonable accommodation if they cant not be vaccinate and/or wear a face covering, and/or testing for Covid-19...in conflict with a sincerely held religious belief, practice or observance..."

I am glad to be back in contact, and I look forward to hearing from you again.

Sent from Mail for Windows

[Quoted text hidden]
[Quoted text hidden]

**Marise Jean Louis** <mjlouis@fountainhouse.org>                          Tue, Dec 21, 2021 at 3:01 AM
To: Linda Noskewicz <LNoskewicz@fountainhouse.org>, "6528830@gmail.com" <6528830@gmail.com>
Cc: Rosita Marinez <rmarinez@fountainhouse.org>, Chantal Phillpotts <cphillpotts@fountainhouse.org>, Ashwin Vasan <ashwin@fountainhouse.org>, Patti Lukas <plukas@fountainhouse.org>, Elliott Madison <EMadison@fountainhouse.org>, Eldad Shepen <EShepen@fountainhouse.org>

Oh, and I forgot to address your concern that I am a threat to others.  As you know, you must provide a court document stating how I am a threat to others, as they are the only ones that can make that determination.  This can only be done with the co-operation of sworn testimony from a medical doctor, who has examined me.  Which I can then appeal.

100372/2023 SUMMONS filed 4/26/2023

9/29/22, 3:44 PM                                                    Gmail - Covid vaccine accommodation

Furthermore, a few weeks ago, my supervisor Chantal, informed me of a couple "fully vaccinated," staff members from the main house (who, unlike me, DO come into regular contact with members on a daily basis), came down with COVID. Are THEY also a threat to the safety of their collogues and members? Are they a threat to me? These fully vaccinated staff members have not been testing regularly, how did we know they were sick?

Sent from Mail for Windows

[Quoted text hidden]
[Quoted text hidden]

---

**M J** <6528830@gmail.com>                                        Fri, Dec 24, 2021 at 8:44 AM
To: marisejeanlouis@outlook.com

[Quoted text hidden]

---

**4 attachments**

**FOUNTAIN HOUSE**    F7F3B816782742F6BCCDCF57139B7E23.png
6K

7E9379EFED4F4B63AA3F4878DCC38099.jpg
2K

7E9379EFED4F4B63AA3F4878DCC38099.jpg
2K

**FOUNTAIN HOUSE**    F7F3B816782742F6BCCDCF57139B7E23.png
6K

Marise Jean-Louis
P.O Box 6382
NY, NY 10150
1/12/2023


Fountain House
HR/Chantal Phillpotts
425 West 26th St.
NY, NY 10036


Dear Fountain House:


I am writing this letter to inform you that I will be proceeding with a lawsuit due to your violation of my civil right.  (Tittle 7 of the of 1964 US Civil Rights Act).


In the Fall/Winter of 2021, I put you on notice of my religious rights, and requested you recognize my religious observance to not pollute my body with the Covid-19 vaccine.  You broke the law, and violated my rights, and I filed a grievance with the EEOC.


The EEOC has yet to grant me a right to sue letter, but they certainly have not rejected my accusation of wrongdoing on the part of Fountain House.  Please be on the lookout for further notices from me/my representative and/or the courts.


Sincerely,

Marise Jean-Louis

M aRISE LISSA JEAN-LOUIS

Signed in the presence of me by Mariselissa Jean-Louis this 13th day of January 2023

DANIEL S LEE
Notary Public - State of New York
NO. 01LE6358548
Qualified in Queens County
My Commission Expires May 8, 2025