USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISE L. JEAN-LOUIS,

    Plaintiff,

-against-

FOUNTAIN HOUSE,

    Defendant.

23-CV-3891 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter-motion dated September 23, 2023 (Dkt. 24) requesting leave to amend her complaint, combined with what appears to be her proposed amended complaint.

Defendant shall file its response to plaintiff's motion for leave to amend no later than **October 10, 2023**. Plaintiff may submit a reply brief in further support of her motion for leave to amend no later than **October 17, 2023**.

Dated: New York, New York
      September 26, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**