UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISE L. JEAN-LOUIS,

    Plaintiff,

-against-

FOUNTAIN HOUSE,

    Defendant.

23-CV-3891 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter filed October 18, 2023 (Dkt. 29), requesting leave to "resubmit the reply brief in acceptable PDF format." *Id.* at 2. The application is GRANTED. Plaintiff shall refile a *signed* copy of her reply brief, in *.pdf format*, no later than **October 25, 2023**. No other changes to the reply brief may be made. The new filing will replace the unsigned reply brief in Word format that now appears at Dkt. 28, and will be deemed timely so long as it is filed by October 25, 2023.

The Court notes, however, that plaintiff's October 18 letter is co-signed by "S. Mescall," who is described as plaintiff's "Amicus Curiae Friend." If S. Mescall is an attorney admitted to practice before this Court, he or she may enter an appearance on plaintiff's behalf. 28 U.S.C. § 1654 permits parties to "plead and conduct their own cases personally or by counsel," but "the statute does not permit unlicensed laymen to represent anyone else other than themselves." *Berrios v. New York City Hous. Auth.*, 564 F.3d 130, 132 (2d Cir. 2009).

Dated: New York, New York
       October 20, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**