UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARISE L. JEAN-LOUIS,

                Plaintiff,                23 **CIVIL** 3891 (VEC)(BCM)

    -against-                       **<u>JUDGMENT</u>**

FOUNTAIN HOUSE,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2024, the R&R is ADOPTED. Defendant's motion to dismiss is GRANTED, and Plaintiff's motion for leave to amend is DENIED. Plaintiff's complaint is dismissed without prejudice to Plaintiff pursuing her state law claims in state court. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      March 19, 2024

                                              **RUBY J. KRAJICK**

                                              _____
                                              **Clerk of Court**
                       **BY:**     *K. Mango*
                                          _____
                                              **Deputy Clerk**